## SPEERS v. STATE.
### No. 13958.

Court of Criminal Appeals of Texas.
Feb. 11, 1931.

Davenport & Crain, of Wichita Falls, for appellant.

Lloyd Davidson, State's Atty., of Austin, for the State.

### CALHOUN, J.

Offense, robbery; penalty, five years in the penitentiary.

The record in this case is here without either a statement of facts or any bill of exception and presents nothing for review.

The judgment is affirmed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## KYLES v. STATE.
### No. 14221.

Court of Criminal Appeals of Texas.
Feb. 11, 1931.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### CALHOUN, J.

Offense, burglary; penalty, two years in the penitentiary.

The record in this case is here without either a statement of facts or any bill of exception, and presents nothing for review.

The judgment is affirmed.

### PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.